No. 81–260. EXXON CORP. *v.* GEORGIA ASSOCIATION OF PETROLEUM RETAILERS. C. A. 5th Cir. Motion of Georgia Oilmen's Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 81–319. KIMMEL *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.